UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIYAM AKMAL,

    Plaintiff,

v.

BOEING COMMERCIAL AIRPLANES, et al.,

    Defendants.

Case No. C18-697 RSM

ORDER DENYING MOTION FOR EXTENSION OF TIME AND ORDER TO SHOW CAUSE

    This matter comes before the Court on Plaintiff's Motion for Extension of Time. Dkt. #12. Plaintiff Mariyam Akmal filed this action on May 14, 2018, and her Complaint was filed on the docket four days later. *See* Dkts. #1–5. She has named as Defendants "Boeing Commercial Airplanes" and several individuals associated with Boeing. Dkt. #5. No Defendant has appeared. On August 21, 2018, the Court issued an Order setting initial disclosure and joint status report deadlines. Dkt. #11. The instant Motion was filed on September 3, 2018.

    Despite the significant amount of time that has elapsed since this case was opened, Plaintiff states that she has "just this week" found an attorney who may be able to represent her. Dkt. #12 at 1. Plaintiff indicates she believes she had 120 days to serve Defendants from the time she filed this action. She now moves the Court for an additional 120 days to serve, and for

ORDER DENYING MOTION FOR EXTENSION OF TIME AND ORDER TO SHOW CAUSE - 1

a corresponding extension of the initial disclosure and joint status report deadlines. *Id*. at 2.
Plaintiff sets forth no explanation for her failure to serve Defendants up to this point, and no basis
or explanation for why she needs the additional time.

Federal Rule of Civil Procedure 4(m) states in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Several years ago, this rule was changed to reduce the time for service from 120 days to 90 days, effective December 1, 2015.

Plaintiff has not set forth any basis for an extension of the Court's joint status report and initial disclosure deadlines and that request will be denied. Those deadlines can be reset in the future if necessary. More importantly, it appears Plaintiff has not served defendants within the time limit set by Rule 4(m). Under that rule, the Court must dismiss this action without prejudice or order that service be made within a specific time, "unless plaintiff shows good cause for the failure." The Court will offer Plaintiff an opportunity to explain the delay in service.

In Response to this Order, Plaintiff must write a short statement telling the Court why the time limit for service should be extended in this case. This Response may not exceed **six (6) pages**.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's Motion for Extension of Time (Dkt. #12) is DENIED.

ORDER DENYING MOTION FOR EXTENSION OF TIME AND ORDER TO SHOW CAUSE - 2

2) Plaintiff shall file a Response to this Order to Show Cause no later than **fourteen (14) days** from the date of this Order. Failure to file will result in dismissal of this case.

DATED this 7th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR EXTENSION OF TIME AND ORDER TO SHOW CAUSE - 3